# FILED

APR 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE ARTURO MANZANO, | No. 07-72796 |
| Petitioner, | Agency No. A097-365-551 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010[**]

Before:     RYMER, McKEOWN, and PAEZ, Circuit Judges.

Jose Arturo Manzano, a native and citizen of Mexico, petitions pro se for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for cancellation of removal.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Vasquez-Zavala v. Ashcroft*, 324 F.3d 1105, 1107 (9th Cir. 2003), and we deny the petition for review.

The agency correctly concluded that Manzano was statutorily ineligible for cancellation of removal because of his conviction for discharge of a firearm in a grossly negligent manner in violation of Cal. Penal Code § 246.3. *See* 8 U.S.C. § 1229b(b)(1)(C); *Valerio-Ochoa v. INS*, 241 F.3d 1092, 1095-96 (9th Cir. 2001).

In light of our disposition, we do not reach Manzano's remaining contentions.

**PETITION FOR REVIEW DENIED.**